Robert J. McKennon (SBN 123176)
*rm@mckennonlawgroup.com*
Scott E. Calvert (SBN 210787)
*sc@mckennonlawgroup.com*
MCKENNON LAW GROUP PC
20321 SW Birch Street, Suite 200
Newport Beach, California 92660
Phone: 949-387-9595 | Fax: 949-385-5165

JS-6

Attorneys for Plaintiff Kathryn Fink

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KATHRYN FINK,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA, a New York corporation; and DOES 1 to 10, inclusive<br><br>　　　　　　Defendant. | Case No.: CV13-5303 DMG (JEMx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [10]** |

The Parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys' fees and costs, the above-captions action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: September 27, 2013

　　　　　　　　　　　　　　　　　　*Dolly M. Gee*
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE